UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WILLIAM MCCLUNEY,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>JEFFREY BEARD,<br><br>　　　　　　　　　　　Respondent. | Case No.: 14CV1470 BEN (DHB)<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br>**(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS;**<br>**(3) DENYING CERTIFICATE OF APPEALABILITY**<br><br>[Docket No. 27] |

　　　Petitioner Jerry William McCluney, a state prisoner proceeding *pro se*, commenced this action with the filing of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  (Docket No. 1).  Following briefing, on August 27, 2015, Magistrate Judge David H. Bartick issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied.  (Docket No. 27).  Objections to the Report and Recommendation were due by September 11, 2015.  (*Id.*)  No objections have been filed.  For the reasons that follow, the Report and Recommendation is **ADOPTED**.

///

///

1   A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, *de novo*, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

However, the Court has conducted a *de novo* review, and in the absence of any objections, the Court fully **ADOPTS** Judge Barticks's Report and Recommendation. The Petition is **DENIED**.

The Court **DENIES** a certificate of appealability because the issues are not debatable among jurists of reason and there are no questions adequate to deserve encouragement. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Clerk of Court shall enter judgment **DENYING** the Petition.

**IT IS SO ORDERED.**

Dated: October 8, 2015

Hon. Roger T. Benitez
United States District Judge